

# Court of Appeals
## Tenth Appellate District of Texas

MCLENNAN COUNTY COURTHOUSE
501 WASHINGTON AVENUE, RM. 415
WACO, TEXAS 76701-1373

May 1, 2025

Joseph McDuffie
Office Of The Attorney General Of
Texas
PO Box 12548
Austin, TX 78711-2548
* DELIVERED VIA E-MAIL *

Matthew J. Kita
Attorney at Law
3110 Webb Avenue, Suite 150
Dallas, TX 75205
* DELIVERED VIA E-MAIL *

**RE:** Court of Appeals Number: 10-25-00132-CV
Trial Court Case Number: 2330794

**STYLE:** Misty Strauss
v.
Texas Department of Criminal Justice

By order of the Supreme Court of Texas dated April 2, 2025, Misc. Docket No. 25-9016, the above cause has been transferred to the Fifteenth Court of Appeals District in Austin, Texas on this date. All future correspondence and filings regarding this cause should be directed to Christopher A. Prine, Clerk, Fifteenth Court of Appeals, William P. Clements Building, 300 West 15th Street, Suite 607, Austin, Texas 78701. The phone number is (512)463-1610, and the website is www.txcourts.gov/15thcoa.

Sincerely,

Sherry Williamson

Sherry Williamson, Clerk

cc: Leslie Woolley (DELIVERED VIA E-MAIL)
Jill Driscoll (DELIVERED VIA E-MAIL)
Judge Robert Hill Trapp (DELIVERED VIA E-MAIL)
Judge David W. Moorman (DELIVERED VIA E-MAIL)